**SO ORDERED.**
**SIGNED this 23rd day of January, 2020**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_/s/ Nicholas W. Whittenburg_
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Roland Ray Styers** | ) | **No. 1:15-bk-13462-NWW** |
| **Angela Renee' Bryant** | ) | **Chapter 7** |
| | ) | |
| **Debtors** | ) | |

## ORDER

This case came to be heard on the Motion for Relief from the Automatic Stay and Abandonment filed by Specialized Loan Servicing, LLC. At the January 23, 2020 hearing, counsel for the parties requested that the matter be passed to February 27, 2020, and the court agreed to continue the hearing. After the hearing, though, an order was entered that denied the motion as withdrawn. That was an error.

Federal Rule of Bankruptcy Procedure 9024 incorporates Federal Rule of Civil Procedure 60 into bankruptcy cases. Federal Rule of Civil Procedure 60(a) provides for corrections to be made to an order when mistakes arise "from oversight or omission

whenever one is found in a judgment, order, or other part of the record." Corrections are appropriate when they are "mechanical in nature rather than the result of a deliberate choice" and when they correct orders to "reflect[] what was the intent of the bankruptcy court at the time of the hearing." *Pruzinsky v. Gianetti (In re Walter)*, 282 F.3d 434, 441 (6th Cir. 2002).

Pursuant to Federal Rule of Civil Procedure 60(a), the court may correct mistakes "on motion or on its own, with or without notice." For the reasons identified, the court exercises discretion pursuant to Federal Rule of Civil Procedure 60(a), incorporated by Federal Rule of Bankruptcy Procedure 9024, to correct the docket entry and reflect what was ordered at the January 23, 2020 hearing. Accordingly, it is

**ORDERED** that the court vacates the order denying the Motion for Relief from the Automatic Stay and Abandonment as withdrawn—entered on January 23, 2020, as Doc. No. 93—and it is

**ORDERED** that a hearing will be conducted at 10:30 a.m. on February 27, 2020, regarding the movant's Motion for Relief from the Automatic Stay and Abandonment.

###